AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Renew Digital, LLC, a Georgia limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> Renew Digital Design, LLC d/b/a Renew Full Arch Lab, an Arizona limited liability company, <br><br> *Defendant(s)* | Civil Action No. CV-25-01231-PHX-JJT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Renew Digital Design, LLC, d/b/a Renew Full Arch Lab
107 N. Greenfield Road
Mesa, Arizona 85205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul A. Conant, Esq. & Melissa A. Emmel, Esq.
Conant Law Firm, PLC
2398 East Camelback Road, #925
Phoenix, Arizona 85016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  4:22 pm, Apr 14, 2025**
**s/ Debra D. Lucas, Clerk**